1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   EUGENE PERRYMAN,                    1:09-cv-01886-YNP (HC)
12           Petitioner,                 ORDER GRANTING MOTION
                                         TO PROCEED IN FORMA PAUPERIS
13       vs.
                                         (DOCUMENT #2)
14   STEVE TREVINO,
15           Respondent.
                                    /
16
17       Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
18   28 U.S.C. § 2254.
19       Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's
20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to
21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.
22   See 28 U.S.C. § 1915.
23       IT IS SO ORDERED.
24   Dated:   __November 3, 2009__          _____/s/ **Dennis L. Beck**_____
                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28